ACCEPTED
15-24-00098-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/8/2025 4:09 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-24-00098-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/8/2025 4:09:25 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS**
**FIFTEENTH APPELLATE DISTRICT OF TEXAS**
**AUSTIN, TEXAS**

---

**ARTHUR ARRIT CHAVASON, M.D.,**
*Appellant*,

**v.**

**TEXAS MEDICAL BOARD,**
*Appellee.*

---

**On Appeal from the 200th Judicial District Court of Travis County, Texas**
**No. D-1-GN-22-00361**

---

**APPELLEE'S FIRST UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE BRIEF**

---

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Appellee, the Texas Medical Board (TMB), respectfully requests a 30-day extension of time to Wednesday, February 12, 2025, in which to file its brief in the captioned appeal. In support, the TMB would show the Court as follows:

1. The TMB's brief is currently due on January 13, 2025.

2. No previous extensions have been requested or granted.

3.    Counsel for the TMB is requesting the extension due to the holidays as Counsel's office was closed several days between December 23, 2024 and January 6, 2025.

4.    This motion is not interposed for the purpose of delay, but only to allow the TMB's counsel the time to adequately prepare and file a brief.

5.    Appellant's counsel has stated that he does not oppose this request.

The TMB therefore respectfully requests an extension of time to and including Wednesday, February 12, 2025, in which to file and serve its brief in the captioned appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General
State Bar No. 24008890
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 475-4191
Email: ted.ross@oag.texas.gov

**Attorneys for Appellee**
**Texas Medical Board**

## CERTIFICATE OF CONFERENCE

I hereby certify that on January 6, 2025, I contacted counsel for Appellant and that counsel stated that Appellant does not oppose Appellee's Motion for Extension of Time to File Brief.

/s/ Ted A. Ross
Ted A. Ross
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that, in compliance with Rule 9.5 of the Texas Rules of Appellate Procedure, a true and correct copy of the above and foregoing document has been served on the following on this the **8th day of January 2025:**

Lee Bukstein                    *Via E-Service*
612 Crystal Creek
Austin, Texas 78746
Telephone: (512) 626-0215
Fax: (512) 256-8152
buksteinlegalservices@gmail.com

***Attorney for Appellant,***
***Arthur Arrit Chavason, M.D.***

/s/ *Ted A. Ross*
Ted A. Ross
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeff Lutz on behalf of Ted Ross
Bar No. 24008890
jeff.lutz@oag.texas.gov
Envelope ID: 96007367
Filing Code Description: Motion
Filing Description: 2025 0108 Appellees Unopposed Motion for Extension
Status as of 1/8/2025 4:18 PM CST

Associated Case Party: ArthurArritChavason

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lee Bukstein | | buksteinlegalservices@gmail.com | 1/8/2025 4:09:25 PM | SENT |

Associated Case Party: Texas Medical Board

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ted A.Ross | | ted.ross@oag.texas.gov | 1/8/2025 4:09:25 PM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 1/8/2025 4:09:25 PM | SENT |